AO91 (Rev. 11/91 ND/AL) Criminal Complaint

**FILED**

SEP 11 2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

### CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.                                          **CASE NUMBER**: MAG 08-157

**Prapanj Ganeshan Radhamony**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 24, 2008, in Jefferson County, in the Northern District of Alabama, **Prapanj Ganeshan Radhamony**, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offence, in violation of Title 18, United States Code, Section 2422(b). I further state that I am a Special Agent Kathleen Bowden of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**[See Attached Affidavit]**

Continued on the attached sheet and made a part hereof:   X- Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___September 11th 2008___   at   Birmingham, Alabama_____
Date                                         City and State

United States Magistrate Judge          _____
Paul W. Greene                                Signature of Judicial Officer

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Kathleen Bowden, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state:

INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since 1995. In late 2007, I was assigned to the Cyber Squad in the FBI's Birmingham Division. Since that time, I have received training regarding child exploitation and related computer crimes, and I have investigated computer facilitated child exploitation cases.

2. This affidavit is made in support of a criminal complaint and states facts showing acts in violation of 18 USC § 2422 (b).

3. 18 USC § 2422 (b) prohibits someone from using the mail or any means of interstate or foreign commerce to knowingly persuade or induce a minor to engage in prostitution or any illegal sexual activity.

4. The facts set forth below are based upon your affiant's personal observations, reports, obtained records and information provided to your affiant by other law enforcement officials and others.

5. This affidavit is intended to show that there is probable cause for this criminal complaint and does not purport to set forth all of your affiant's knowledge of or investigation into this matter. Your affiant has set forth only the facts your affiant believes necessary to establish probable cause to believe that there has been a violation of 18 USC § 2422 (b).

## INVESTIGATION

6.   In December 2007, "Individual," who is associated with Perverted Justice and is located in Jefferson County, Alabama, began conversing online with a person who used the screen name "astraightlife." "Individual" utilized the screen name "bethaneyizbored" and portrayed herself to be a 13, and eventually 14, year old female from the Birmingham, Alabama area. "Astraightlife" described himself to be a 23 year old man located in Birmingham, Alabama.

7.   Investigation has determined that "astraightlife" is Prapanj Ganeshan Radhamony, a 22 year old citizen of India who is currently attending the University of Alabama at Birmingham on a student visa.

8.   Over a period of months, Radhamony and "bethaneyizbored," conversed over the internet with one another via Yahoo Instant Messaging. During the conversations, Radhamony invited "bethaneyizbored" to view his webcam which transmitted to "bethaneyizbored" images of Radhamony's face, buttocks and penis. Radhamony also talked to "bethaneyizbored" about her sexual experience and sexual acts he would perform with her.

9.   During the internet conversations, Radhamony acknowledged that "bethaneyizbored" was not of legal age, and told her he was concerned about legal issues. Radhamony told "bethaneyizbored" that he knew it was "not right to have sexual pleasures with a woman below 16." Radhamony also told "bethaneyizbored" that if someone came to know about it he would be charged with a sexual offense case, and even if it was with her consent, it would be considered a crime.

10.   On July 24, 2008, via conversations over the internet, Radhamony made arrangements with "bethaneyizbored" to meet her on July 24, 2008, at the Purple Onion, located at 1717 10th Avenue South, Birmingham, Alabama, so that they could have sex. Radhamony asked

"bethaneyizbored" if he should bring contraception with him to the meeting. "Bethaneyizbored" told Radhamony "yeah cuz i dont wanna get preg."

12. On July 24, 2008, when Prapanj Ganeshan Radhamony arrived at the Purple Onion located on 10th Avenue South, Birmingham, Alabama, he was arrested by officers of the Jefferson County Sheriff's Office. At the time of arrest, Radhamony had with him a backpack which contained a CVS pharmacy bag containing a package of condoms and a box of chocolates.

13. Radhamony was interviewed subsequent to his arrest and admitted that he utilized the screen name of "astraightlife" and had been conversing via the internet with a 13 year old female utilizing the screen name of "bethaneyizbored," and that he did have sexual conversations with her. Radhamony admitted that he went to the Purple Onion to meet the 13 year old female. He said he originally planned to have sexual intercourse with her but changed his mind. When asked why he had the condoms with him, Radhamony said he purchased them and had them "just in case something went wrong."

13. Based upon the information outlined above, your affiant has probable cause to believe that Prapanj Ganeshan Radhamony violated 18 U.S.C. § 2422 (b).

_____
Kathleen Bowden
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED BEFORE ME

THIS  11th  DAY OF ___September___ 2008.

_____
U.S.M.J.

_____
United States Magistrate Judge
Northern District of Alabama